## THE STATE v. STUBBS.

APPEAL: CRIMINAL CASE: NO ABSTRACT NOR ARGUMENT, AND NO ERROR FOUND.

*Appeal from Story District Court*—HON. JOHN L. STEVENS, Judge.

THURSDAY, DECEMBER-15, 1887.

THE defendant was indicted, tried and convicted of the crime of cheating by false pretenses, and he appeals.

No appearance for appellant.

*A. J. Baker, Attorney-general*, for the State.

ROTHROCK, J.—The cause is presented to us upon a transcript without abstract or argument. We discover no error in the record, and the judgment is                                             AFFIRMED.